Giovanni Orantes (State Bar No. 190060)
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., 27th Floor
Los Angeles, California 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>DANIEL JOSEPH SILVA,<br><br>　　　　Debtor. | Case No. 2:23-bk-12679-DS<br><br>Chapter 13<br><br>**MOTION FOR ORDER DISALLOWING CLAIM OF SIMON LA BARRIE [PROOF OF CLAIM No. 3]**<br><br>**HEARING:**<br>DATE:　January 22, 2026<br>TIME:　1:00 P.M.<br>PLACE:　United States Bankruptcy Court<br>　　　　Courtroom 1634<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

///

///

///

**PLEASE TAKE NOTICE** that Daniel Joseph Silva, the debtor herein (the "Debtor"), hereby moves, by of this motion (the "Motion"), for entry of an order disallowing the proof of claim No. 3 ("Claim No. 3") filed by Simon La Barrie because it is unsupported by any evidence and no Court has issued any judgment, whether final or otherwise adjudicating the claimant's entitlement to any amount.

The objection made by way of this Motion seeks to alter your rights by disallowing, the claim based on the grounds set forth in the annexed memorandum of points and authorities (the "Memorandum").

**DEADLINE FOR OPPOSITION PAPER**: Pursuant to Local Bankruptcy Rules 3007-1(b) (3)(A) and 9013-1(o), you must file with the Court, and serve upon Debtor's counsel, at the address set forth on the first page of this Notice, a response to this Motion not later than fourteen (14) days prior to the hearing date set forth above.

**PURSUANT TO LOCAL BANKRUPTCY RULE 3007-1(b)(3)(B), IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED ON THIS MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**WHEREFORE**, the Debtor respectfully request that the Court enter an order: (a) granting this Motion in its entirety; (b) disallowing Claim No. 3 filed by Simon La Barrie; and (c) granting such other and further relief that may be appropriate.

Dated: December 23, 2025

/s/ Giovanni Orantes
Giovanni Orantes, Esq.
Counsel for Debtor

- 1 -

# MEMORANDUM OF POINTSW AND AUTHORITIES

## I.

## BACKGROUND

**A.  Bankruptcy Filing**

On May 1, 2023, the Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code (the "Case"). The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue of this matter is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

**B.  Claims Filed by Simon La Barrie**

On June 22, 2023, Simon La Barrie (the "La Barrie ") filed Proof of Claim No. 3 (the "Proof of Claim"), which asserted a claim in the amount of $30,000,000.00. A copy of the Proof of Claim is attached as Exhibit "A" to the Declaration of Giovanni Orantes (the "Orantes Declaration").

## II.

## ARGUMENT

**A.  Procedural Requirements for Objections to Claims**

Bankruptcy Rule 3007 governs the procedure for objections to claims and provides:

> An objection to the allowance of a claim and a notice of objection that substantially conforms to the appropriate Official Form shall be filed and served at least 30 days before any scheduled hearing on the objection or any deadline for the claimant to request a hearing.

Fed. R. Bankr. P. 3007. Pursuant to Bankruptcy Rule 3007, a copy of the Motion was mailed to the claimant at the addresses listed on Claims Register, and, if appropriate, on the Claimant's registered agent for process and/or in the Debtor's Schedules, at least thirty (30) days prior to the hearing date for consideration of the Motion. Accordingly, the Debtor has complied with Bankruptcy Rule 3007.

**B.     The Court Must Determine the Allowance of a Claim Subject to Objection**

With certain exceptions, section 502(b) of the Bankruptcy Code requires, in relevant part, that if a party in interest objects to a claim: "the Court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that -- (1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured."

**C.     The Objection**

The Debtor objects to the Proof of Claim.

Proof of claim executed and filed in accordance with the Federal Rules of Bankruptcy Procedure shall constitute *prima facie* evidence of the validity and amount of the claim, is deemed allowed, unless a party in interest, like this Debtor, objects as stated in **Fed.R.Bankr.P. 3001(f):**

> (f) A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim.to meet the prima facie effect of the validity of a proof of claim under Fed.R.Bankr.P. 3001(f),

In addition, **Fed. R. Bankr. P. 3001(c)(1)** requires a writing when, as here, the claim is presumably based on a writing, such as a judgment, and states:

> (1) <u>Claim Based on a Writing</u>. Except for a claim governed by paragraph (3) of this subdivision, when a claim, or an interest in property of the debtor securing the claim, is based on a writing, **a copy of the writing shall be filed with the proof of claim**. If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim.

*Id.* (bold added).

Furthermore, **Fed. R. Evid. 1002** states:

> This rule provides that an original writing, recording, or photograph is required in order to prove its content unless these rules or a federal statute provides otherwise.

*Id.*

The word "claim" in the Bankruptcy Code generally refers to right to payment recognized under state law and the basic rule in federal bankruptcy proceedings is that "**state law governs substance of claims against debtor's estate**." *Travelers Case. and Sur. Co. of America v. Pacific Gas and Elec. Co.,* 549 U.S. 443, 450 (2007) (Bold added). The consequence of a creditor's failure to file properly supported proofs of claim - in compliance with the Bankruptcy Rules - is that the

creditor's proof is <u>not</u> entitled to any "presumption of validity." *In re Shank*, 315 B.R. 799 (Bankr.N.D.Ga. 2004). Moreover, the courts have held that the **creditor bears the burden** of proving its claim by a "preponderance of the evidence." *In re Chain*, 255 B.R. 278 (Bankr. D. Conn. 2000). The proof of a claim can be disallowed in its entirety where the "[creditor] presented no evidence at trial establishing right to payment from debtor based on written agreement or otherwise. *In re Gatzke*, 365 B.R. 138, 185 (Bankr. D. Mont. 2007).

Here, the claim asserts that it is based on wrongful death. This basis requires some proof that at least some tribunal agreed with the claimant and established the amount of the claim. That has not happened here. A review of the State Court's docket does not show that any judgment has been entered. Thus, the claim cannot be allowed.

### III.
### RESERVATION OF RIGHTS

The Debtor has not attempted to raise in this Objection each defense, counterclaim, or setoff that may apply with respect to Claim No. 3. If a response to this Objection is received, the Debtors reserves the right to amend, and supplement this Objection, or file additional objections to assert any defenses, counterclaims, and/or setoffs against Claim No. 3. In all instances, the Debtor reserves the right to file future objections or to supplement this Objection as to the validity, amount or status of Claim No. 3, upon different grounds than set forth herein or otherwise.

### IV.
### CONCLUSION

For the reasons set forth herein, the Debtor respectfully requests that the Court enter an order: (a) granting the Motion, (b) disallowing Claim No.3; and (c) granting the Debtor such other and further relief as may be appropriate under the circumstances.

Dates: December 23, 2025                              **THE ORANTES LAW FIRM, P.C.**

                                                      By: /s/ Giovanni Orantes
                                                          Giovanni Orantes
                                                          Counsel for Debtor

- 4 -

## **DECLARATION OF GIOVANNI ORANTES**

I, Giovanni Orantes, hereby declare and state as follows:

1. I am over 18 years of age. I am counsel of record for Daniel Joseph Silva. Except when based on information and belief, I make this declaration on facts within my personal knowledge and if called as a witness, could and would testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Claim No.3 filed by Simon La Barrie .

3. While I am informed that a jury trial did occur, I accessed lacourt.ca.gov and reviewed the docket of that case entitled *Simon La Barrie and Lissa Burton vs. Daniel Joseph Silva and Daniel Silva Tattoos, LLC*, Case No. 20STCV19717 and no judgment has been entered at all entitling anybody to anything.

EXECUTED this 23rd of December 2025, at Orange County, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Giovanni Orantes

Giovanni Orantes, Esq.

# Exhibit A

**Fill in this information to identify the case:**

Debtor 1: Daniel Joseph Silva

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-12679-SK

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Simon La Barrie
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**
   Chance J. Pardon
   Name
   4929 Wilshire Blvd., Ste. 410
   Number   Street
   Los Angeles    CA    90010
   City           State  ZIP Code
   Contact phone (323) 954-9955
   Contact email chance@lawbreiter.com

   **Where should payments to the creditor be sent?** (if different)
   Name _____
   Number   Street _____
   City   State   ZIP Code _____
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) ___  Filed on ___ / ___ / ___
                                                                     MM   DD   YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                            page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?** $_____30,000,000.00. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

wrongful death

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410        **Proof of Claim**        page 2

| | | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)(<u>10</u>) that applies.    $_____30,000,000.00

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/13/2023
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    Chance            Joseph           Pardon
        First name         Middle name      Last name

Title   Attorney

Company  Law Offices of Brian J. Breiter, LLP
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  4929 Wilshire Boulevard, Suite 410
         Number        Street
         Los Angeles                         CA          90010
         City                                State       ZIP Code

Contact phone  (323) 954-9955          Email  chance@lawbreiter.com

1  Simon La Barrie's claim is set to be liquidated, including any costs, fees, and interest, by the
2  Superior Court of California, County of Los Angeles in *Simon La Barrie et al. v. Daniel Joseph*
3  *Silva et al.*, case number 20STCV19717, pursuant to the bankruptcy court's relief from stay
4  order (ECM No. 20).  Mr. La Barrie does not waive his right to a jury trial for his wrongful death
5  claim against debtor nor does he agree to liquidation or estimation of his claim by the bankruptcy
6  court.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER DISALLOWING CLAIM OF SIMON LA BARRIE [PROOF OF CLAIM No. 3]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 23, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)
EFiling@LATrustee.com

Robert Gravich on behalf of Creditor Lissa Burton
rgravich@nortonmelnik.com

Robert Gravich on behalf of Plaintiff Lissa Burton
rgravich@nortonmelnik.com

David W. Meadows on behalf of Mediator Mediator
david@davidwmeadowslaw.com

Giovanni Orantes on behalf of Debtor Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com

Giovanni Orantes on behalf of Defendant Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com

Chance Joseph Pardon on behalf of Creditor Simon La Barrie
chance@lawbreiter.com

Chance Joseph Pardon on behalf of Plaintiff Simon La Barrie
chance@lawbreiter.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   **December 23, 2025**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| SIMON LA BARRIE<br>c/o LAW OFFICES OF BRIAN J. BREITER<br>Attention: Chance J. Pardon<br>4929 Wilshire Boulevard, Suite 410<br>Los Angeles, CA 90010 | United States Bankruptcy Court<br>Honorable Deborah Saltzman<br>255 E. Temple Street, Suite 1634<br>Los Angeles, CA 90012 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2025 | Andrea M. Castro | /s/ Andrea M. Castro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**