**Kathy A. Dockery**
**Chapter 13 Trustee**
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**NOTICE OF INTENT TO PAY ADDITIONAL CLAIM(S) OR AMENDED CLAIM**
Daniel Joseph Silva

**Case Number LA23-12679-DS**

You are hereby given notice that the Chapter 13 Trustee may immediately begin disbursing payments to the creditor identified below.  Please note that <u>your plan may be rendered infeasible by this claim.</u>

If you believe that the creditor has filed an inaccurate or duplicate proof of claim or you believe that the creditor should not have filed a proof of claim in your case, you must file with the Bankruptcy Court and serve on all appropriate parties, a Motion to Disallow the Proof of Claim to stop any further disbursements to this creditor.  As time is of the essence, please contact and consult with your attorney as soon as possible.

**THE ORANTES LAW FIRM, APC**

| | |
|---|---|
| **Case No**.: | LA23-12679-DS |
| **Debtor(s)**: | Daniel Joseph Silva |
| **Court Claim Register #:** | 4 |
| **Name of Payee:**: | LISSA BURTON |
| **Account Number**: | 9717 |
| **Claim Amount:** | $4,500,000.00 |
| **Scheduled Claim Amount:** | $0.00 |
| **Date Claim was Filed**: | 1/8/26 |

Date: 1/16/26

Sincerely,

*/s/ Kathy A. Dockery*

Kathy A. Dockery
Chapter 13 Trustee