| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Giovanni Orantes 190060**<br>**3435 Wilshire Blvd., 27th Floor**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>State Bar Number: **190060 CA**<br>**go@gobklaw.com**<br><br><br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>   **Daniel Joseph Silva**<br><br><br><br><br><br><br>                                                Debtor(s). | CASE NO.: **2:23-bk-12679-SK**<br><br>CHAPTER: <u>**13**</u><br><br>---<br><br><div align="center">**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**</div><br>---<br><br><div align="center">[No hearing required unless requested under LBR 3015-1(w)]</div> |
|---|---|

1.  NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2.  **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date:    5/19/26

                                                                    **/s/ Giovanni Orantes**
                                                                    Signature of Debtor or attorney for Debtor
                                                                    **Giovanni Orantes 190060**
                                                                    Printed name of Debtor or attorney for Debtor

---

<div align="center">This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.</div>

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled:   **Notice of Motion Under Local Bankruptcy Rule 3015-1(n) AND (w) To Modify Plan or Suspend Plan Payments**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/19/26**    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)
EFiling@LATrustee.com

Robert Gravich on behalf of Creditor Lissa Burton
rgravich@nortonmelnik.com

Robert Gravich on behalf of Plaintiff Lissa Burton
rgravich@nortonmelnik.com

David W. Meadows on behalf of Mediator Mediator
david@davidwmeadowslaw.com

Giovanni Orantes on behalf of Debtor Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com, andreac@gobklaw.com,normay@gobklaw.com

Giovanni Orantes on behalf of Defendant Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com, andreac@gobklaw.com,normay@gobklaw.com

Chance Joseph Pardon on behalf of Creditor Simon La Barrie
chance@lawbreiter.com

Chance Joseph Pardon on behalf of Plaintiff Simon La Barrie
chance@lawbreiter.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **5/19/26**    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 2                          **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

**United States Bankruptcy Court**
**Honorable Deborah Saltzman**
**255 E. Temple Street, Suite 1634**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/19/26 | Andrea M. Castro | /s/ Andrea M. Castro |
|---------|------------------|----------------------|
| *Date*  | *Printed Name*   | *Signature*          |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:23-bk-12679-DS
Central District of California
Los Angeles
Thu May  7 16:35:57 PDT 2026

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Chase Card Services
Attn: Officer in Bankruptcy Dept.
P.O. 15298
Wilmington, DE 19850-5298

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Attn: Officer
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
C/O: General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Grant & Weber
Attn: Officer in Bankruptcy Dept.
13634 E Williams Field Rd, Space #5
Gilbert, AZ 85295-5214

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LISSA BURTON
c/o NORTON & MELNIK, APC
20920 Warner Center Lane Suite B
Woodland Hills, CA 91367-6540

SIMON LA BARRIE
c/o LAW OFFICES OF BRIAN J. BREITER
4929 Wilshire Boulevard, Suite 410
Los Angeles, CA 90010-3817

Silva Tattoos LLC
1323 FIRST STREET
Attention Daniel Silva
Gilroy, CA 95020-4735

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012-3336

United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044-0683

Daniel Joseph Silva
1616 N La Brea Ave
Los Angeles, CA 90028-6902

Giovanni Orantes
Orantes Law Firm PC
3435 Wilshire Blvd 27th Floor
Los Angeles, CA 90010-1901

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

Simon La Barrie
3002 Avenida Imperial
San Clemente, CA 92673-3804

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lissa Burton
 United States

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19