| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br>Chapter 13 Trustee | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**DANIEL JOSEPH SILVA**<br><br><br><br><br>Debtor(s). | CASE NO.: **LA23-12679-DS**<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☑ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on _____5/7/26_____ as docket entry number ___90___, recommends:

☐ APPROVAL

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☒ Set for hearing.

Date: 6/1/2026

_____
Chapter 13 trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2    **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Modify Plan or Suspend Plan Payments (Ch 13) (motion)**

Court Document Number: **90**
Filed Date: **5/7/26**

**Daniel Joseph Silva**        **LA23-12679-DS**

**ATTORNEY: THE ORANTES LAW FIRM, APC**

## Attorney Fees

1   The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Miscellaneous

2   The Debtor is requested to provide a full and complete copy of his 2023, 2024 and 2025 federal income tax returns to the Chapter 13 Trustee for review. See Chapter 13 Plan, Part 2, Section I, Paragraph C.

3   The Trustee requests the Debtor(s) timely notice their Motion to Modify Plan or Suspend Plan Payments for hearing and promptly respond to Trustee's above comment(s)/objection(s).