GIOVANNI ORANTES – State Bar No. 190060
**ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA  90010
Telephone:  (213) 389-4362
Facsimile:   (877) 789-5776
go@gobklaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

DANIEL JOSEPH SILVA,

               Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:23-bk-12679-DS

Chapter 13

**NOTICE OF HEARING ON MOTION UNDER LBR 3015-1(n) AND (w)TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**

HEARING
Date :  July 23, 2026
Time:  1:00 p.m.
Ctrm:  1639
Place:  255 E. Temple Street.
      Los Angeles, CA 90012

**TO HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE APPOINTED TO THIS CASE; AND, ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the Court will hear the Motion Under LBR 3015-1(N) And (W)To Modify Plan Or Suspend Plan Payments (the "Motion"), at 1:00 p.m. on July 23,

2026, in the United States Bankruptcy Court, Crtrm 1639, 255 E. Temple Street, Los Angeles, CA 90012.

DATED:  July 9, 2026                 **THE ORANTES LAW FIRM, P.C.**

By:  /s/ Giovanni Orantes
        Giovanni Orantes, Esq.
        Counsel for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION UNDER LBR 3015-1(n) AND (w)TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)
EFiling@LATrustee.com

Robert Gravich on behalf of Creditor Lissa Burton
rgravich@nortonmelnik.com

Robert Gravich on behalf of Plaintiff Lissa Burton
rgravich@nortonmelnik.com

David W. Meadows on behalf of Mediator Mediator
david@davidwmeadowslaw.com

Giovanni Orantes on behalf of Debtor Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,
andreac@gobklaw.com,normay@gobklaw.com

Giovanni Orantes on behalf of Defendant Daniel Joseph Silva
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,
andreac@gobklaw.com,normay@gobklaw.com

Chance Joseph Pardon on behalf of Creditor Simon La Barrie
chance@lawbreiter.com

Chance Joseph Pardon on behalf of Plaintiff Simon La Barrie
chance@lawbreiter.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __**July 9, 2026**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

United States Bankruptcy Court
Honorable Deborah Saltzman
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2026   Andrea M. Castro | /s/ Andrea M. Castro |
|---|---|
| *Date*          *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**